# Complaint

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Domeneque Perry, Plaintiff, v. Alabama Department of Human Resources (DHR); Commissioner Nancy T. Buckner, individually and in her official capacity; Assistant Attorney General Jennifer M. Bush, individually and in her official capacity; Defendants.

COMPLAINT

## I. JURISDICTION AND VENUE

This civil action arises under federal law and the Constitution of the United States, including:

• Title IV-D of the Social Security Act;

• 42 U.S.C. §§ 654, 654A, 654B (state plan requirements and federal funding conditions);

• 42 U.S.C. § 666 (uniform child-support enforcement requirements);

• 42 U.S.C. § 1983 (deprivation of rights under color of state law);

• 45 C.F.R. § 303.3 (FPLS mandatory locate requirements, including the 75‑day mandate);

• 45 C.F.R. § 303.7 (interstate and intrastate cooperative locate obligations);

• Fourteenth Amendment Due Process protections enforceable through § 1983.

Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343.

Venue is proper in this District because the violations, omissions, and acts complained of occurred within the Middle District of Alabama and involve state officials operating within this District.

## II. PARTIES

1. Plaintiff Domeneque Perry is an adult resident of Jefferson County, Alabama.

2. Defendant Alabama Department of Human Resources (DHR) is Alabama's Title IV‑D agency, responsible for complying with federal child-support enforcement mandates.

3. Defendant Nancy T. Buckner is the Commissioner of DHR and, at all relevant times, exercised supervisory authority over federal compliance, locate actions, and IV‑D operations.

4. Defendant Jennifer M. Bush is an Assistant Attorney General assigned to DHR and responsible for legal oversight, compliance guidance, and ensuring adherence to federal child-support enforcement mandates.

5. At all times relevant, Defendants acted under color of state law.

6. Plaintiff has endured nearly twenty years of injury resulting from Defendants' statutory, regulatory, and constitutional violations.

## III. STATEMENT OF FACTS

## I. JURISDICTION AND VENUE

A. Federal Law Requirements

B. Case Opening and Initial Violations (2007)

C. Known Errors and Continued Concealment (2012–2023)

D. Plaintiff's 2025 Search Efforts While DHR Watched

E. The Catch Email (September 22, 2025)

F. FPLS Inquiry and First Admission (October 23–24, 2025)

G. SBOA Filings and Withdrawal

H. Federal Agency Reporting

I. Ongoing Harm

A. Compensatory damages in the amount of $16,000,000, allocated as follows:

B. Punitive damages in the amount of $4,000,000 against the individual-capacity Defendants for their reckless and deliberate indifference to Plaintiff's federally protected rights;

C. All other damages permitted under 42 U.S.C. §1983, federal law, and the Constitution;

D. Costs, fees, and any additional relief the Court deems just and proper.

IV. CLAIMS FOR RELIEF

Count I – Violation of 45 C.F.R. § 303.3 (Failure to Run FPLS Within 75 Days)

DHR failed to perform mandatory FPLS locate actions for nearly two decades. This violated federal law and deprived Plaintiff of rights guaranteed under Title IV■D and enforceable through § 1983.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

Count II – Violation of Title IV■D State Plan Requirements

Defendants failed to comply with federally mandated state-plan requirements, resulting in systemic noncompliance and deprivation of Plaintiff's enforcement rights.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

Count III – Supervisory Liability – Commissioner Nancy T. Buckner

Buckner knew or reasonably should have known of longstanding systemic failures and allowed violations to persist. Her inaction constitutes deliberate indifference.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

Count IV – Negligence and Deprivation of Rights Under Color of State Law – Jennifer M. Bush

Bush failed to provide accurate legal direction, failed to ensure compliance, and allowed concealment of mandatory FPLS violations, causing ongoing constitutional and statutory harm.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

Count V – Fourteenth Amendment Due Process Violations

Defendants' failures deprived Plaintiff of meaningful enforcement mechanisms, constituting a violation of substantive and procedural due process, actionable under § 1983.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

Count VI – Fraud, Negligent Misrepresentation, and Continued Concealment

Defendants knowingly misrepresented their compliance with federal mandates, concealed failures for years, and caused severe financial and emotional harm.

Plaintiff incorporates by reference all damages outlined in Section V and the Prayer for Relief.

V. DAMAGES

Plaintiff seeks damages as detailed in the Prayer for Relief below, totaling $20,000,000, including compensatory, constitutional, and punitive damages necessitated by nearly twenty years of federal violations and resulting harms.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against all Defendants, jointly and severally, and award the following relief:

A. Compensatory damages in the amount of $16,000,000, allocated as follows:

• Alabama Department of Human Resources (DHR) – $10,000,000

• Commissioner Nancy T. Buckner – $3,500,000

• Assistant Attorney General Jennifer M. Bush – $2,500,000

B. Punitive damages in the amount of $4,000,000 against the individual-capacity Defendants for reckless and deliberate indifference to Plaintiff's federally protected rights;

C. All other damages permitted under § 1983, federal law, and the Constitution;

D. Costs, fees, and any further relief the Court deems just and proper.

TOTAL DAMAGES REQUESTED: $20,000,000.

Respectfully submitted, Domeneque Perry

/Domeneque Perry/ Plaintiff

Date: 11/16/2025